UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANTONIO M.,[1]
Plaintiff,
v.
FRANK BISIGNANO,
Commissioner of Social Security,
Defendant.

Case No. 5:25-cv-01247-SSC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed.

DATED: August 31, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.